USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DE LA ROSA,

        Plaintiff,

-against-

ALLEVA DAIRY INC. and JEROME G. STABILE, III REALTY, L.L.C.,

        Defendants.

Case No. 15CV9309

Stipulation of Dismissal

Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other. The parties hereby stipulate and agree that no party hereto is an infant or incompetent person for whom a committee has been appointed.

Dated: January 31, 2016

Donald J. Weiss, Esq.

Attorney for Plaintiff
747 Third Avenue
New York, NY 10017

David S. Kaufman, Esq.

Attorney for Defendants
25 Pompton Avenue Suite 204
Verona, New Jersey 07044

SO ORDERED: 2/24/16

_Paul A. Engelmayer_
USDJC

4